# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | 5:05-CR-36 (WDO) |
| BUFORD JENKINS, | : | |
| | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Government's Motion to Revoke Release Pending Sentencing, IT IS HEREBY ORDERED that:

1. Defendant Jenkins shall surrender to the United States Marshals on May 17, 2007; and

2. If Defendant Jenkins fails to surrender as instructed, a bench warrant shall issue which will allow Defendant to be arrested by the United States Marshals.

**SO ORDERED this 10th day of May, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**